**838**

■

**The PEOPLE of the State of Colorado, Petitioner, Cross–Respondent,**

v.

**Philip Leslie GALIMANIS, Respondent, Cross–Petitioner.**

**No. 88SC624.**

Supreme Court of Colorado,
En Banc.

July 17, 1989.

Petition and Cross–Petition for Writ of Certiorari GRANTED.

■

**CITY OF COLORADO SPRINGS, a municipal corporation, and its agents Richard C. Smith, Robert Rachwitz, Eldon K. Boyer, James Larson, Ralph B. Litell, Donald E. Schinkel, Neil J. Sorenson, and William W. Sopp, individually and in their official capacity, Petitioners,**

v.

**Pete MONTOYA, Respondent.**

**No. 89SC149.**

Supreme Court of Colorado,
En Banc.

Aug. 7, 1989.

Petition for Writ of Certiorari DENIED.

ROVIRA, J., would grant as to the following issues:

Whether a plaintiff in a civil service position can claim a "property interest" arising out of civil service regulations concerning job promotion.

Whether a claim for discrimination in employment under 42 U.S.C. § 1983 can withstand a motion for summary judgment when the plaintiff submits no evidence of intentional discrimination.

Whether a plaintiff can resist a properly supported motion for summary judgment on the issue of municipal immunity under § 1983, when the plaintiff fails to submit any facts showing the authority of the individual defendants to enunciate policy in the area in question.

■

**CITICORP ACCEPTANCE COMPANY, INC., Petitioner,**

v.

**Edward O. SITTNER, Jr., Respondent.**

**No. 89SC174.**

Supreme Court of Colorado,
En Banc.

Aug. 14, 1989.

Petition for Writ of Certiorari DENIED.